IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO PERKINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-cv-210-MJR** |
| ) | |
| **ILLINOIS DEPARTMENT OF** ) | |
| **CORRECTIONS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis (Doc. 6). Plaintiff originally filed this motion (and his civil action) with the United States District Court for the Northern District of Illinois on February 10, 2009. At that time, Plaintiff was confined in the Menard Correctional Center. On March 2, 2009, the Northern District transferred the case to this Court.

In determining whether Plaintiff had accumulated three or more prior "strikes" pursuant to 28 U.S.C. § 1915(g) and, thus, was prohibited from proceeding *in forma pauperis*, this Court has learned that Plaintiff was released from confinement on March 18, 2009. *See Perkins v. The Chicago Police Department*, No. 1:2008c v4611 (N.D. Ill. April 1, 2009) (minute entry). The Illinois Department of Corrections inmate locator service indicates that Plaintiff has been released on parole and is no longer being held at Menard. Additionally, court mail addressed to Plaintiff at Menard Correctional Center was returned undeliverable on March 25, 2009.

Based on the foregoing, Plaintiff has failed to comply with Local Rule 3.1(b) which requires

him:

> to keep the Clerk of Court ... informed of any change in his or her location ... in writing and not later than seven (7) days after a transfer or other change in address occurs.

Local Rule 3.1(b). Because this Court has no effective means to communicate with Plaintiff, it further appears that he has abandoned the prosecution of this case.

Therefore, this action is **DISMISSED**, without prejudice, pursuant to Rule 41(b) for failing to comply with Local Rule 3.1(b) and for want of prosecution. All pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED**.

**DATED this 30th day of September, 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**

2